**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HALLAMORE CORPORATION** | ) | |
| **VS.** | ) | **Civil Action No. 08-75S** |
| **CAPCO STEEL CORPORATION** | ) | |

**ENTRY OF APPEARANCE**

The undersigned hereby accepts service on behalf of Defendant Capco Steel Corporation on this 13th day of March, 2008 and hereby enter our appearance on behalf of the Defendant.

Respectfully submitted,

CAPCO STEEL CORPORATION

By its Attorneys,

/s/Girard R. Visconti, Esq.
Girard R. Visconti, Esq. (#566)
grv@viscontilaw.com
/s/David L. Fine, Esq.
David L. Fine, Esq. (#7368)
dlf@viscontilaw.com
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

**CERTIFICATION**

______I, the undersigned, do hereby certify that I electronically filed the within document on March 14, 2008 and that said document was thereby caused to be delivered electronically to the individuals listed below.

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Christine K. Bush, Esq. (#5587)
cbush@duffysweeney.com
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Girard R. Visconti