**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HALLAMORE CORPORATION** | ) | |
| **VS.** | ) | **Civil Action No. 08-75S** |
| **CAPCO STEEL CORPORATION** | ) | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the Defendant.

Respectfully submitted,

CAPCO STEEL CORPORATION

By its Attorneys,

/s/David M. Campbell, Esq.

David M. Campbell, Esq. (#3355)
dmc@viscontilaw.com
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

## CERTIFICATION

I, the undersigned, do hereby certify that I electronically filed the within document on March 19, 2008 and that said document was thereby caused to be delivered electronically to the individuals listed below.

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Christine K. Bush, Esq. (#5587)
cbush@duffysweeney.com
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Girard R. Visconti