**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HALLAMORE CORPORATION** | ) | |
| **VS.** | ) | **Civil Action No. 08-75S** |
| **CAPCO STEEL CORPORATION** | ) | |

## NOTICE OF PLEADING FILED IN ERROR

Now comes defendant, Capco Steel Corporation ("Capco"), and hereby states that the motion to withdraw submitted by David L. Fine, Esquire of Visconti & Boren, Ltd. on March 19, 2008, relative to his representation of defendant Capco, was filed with this Honorable Court in error and said motion is hereby null and void and should be removed from the docket.

Respectfully submitted,
CAPCO STEEL CORPORATION
By its Attorneys,

/s/David M. Campbell, Esq.
David C. Campbell, Esq. (#3355)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

## CERTIFICATION

I, the undersigned, do hereby certify that I electronically filed the within document on April 4, 2008 and that said document was thereby caused to be delivered electronically to the individuals listed below.

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Christine K. Bush, Esq. (#5587)
cbush@duffysweeney.com
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ David M. Campbell, Esquire (#3355)