UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HALLAMORE CORPORATION,<br>Plaintiff,<br>v.<br>CAPCO STEEL CORPORATION,<br>Defendant. | Civil Action No. 08-cv-00075S |

**PLAINTIFF HALLAMORE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Hallamore Corporation, hereby states that it identifies no parent or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

HALLAMORE CORPORATION

/s/ Craig M. Scott

Craig M. Scott, Esq. (# 4237)
Christine K. Bush, Esq. (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com

Dated: May 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the within ***Plaintiff Hallamore Corporation's Rule 7.1 Disclosure Statement*** was filed through the ECF system on the 19th day of May, 2008, and will be sent electronically to the below-named counsel who is a registered participant identified on the Notice of Electronic Filing:

David M. Campbell, Esq.
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800
dmc@viscontilaw.com

Girard R. Visconti, Esq.
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800
grv@viscontilaw.com

/s/ Craig M. Scott

*Hallamore Corp\Capco Steel\Pleadings\Corporate Disclosure Statement.doc*