**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HALLAMORE CORPORATION** | ) | |
| **VS.** | ) | **Civil Action No. 08-75S** |
| **CAPCO STEEL CORPORATION** | ) | |

**JOINT STIPULATION**

With respect to discovery, the parties hereby stipulate as follows:

Plaintiff, Hallamore Corporation ("Hallamore"), served a first set of interrogatories and first set of request for production of documents on the defendant, Capco Steel Corporation ("Capco"), on or about June 13, 2008. Capco served its first set of interrogatories and first request for production of documents on Hallamore on or about June 23, 2008.

The parties hereby agree that Capco shall answer the plaintiff's interrogatories and respond to the plaintiff's requests for production by Friday, August 15, 2008. The parties further agree that Hallamore shall answer the defendant's interrogatories and respond to the defendant's requests for production by Tuesday, August 26, 2008.

The parties acknowledge that a number of deposition subpoenas have issued. The within stipulation is being filed without prejudice towards any deposition subpoenas issued by either party to date.

HALLAMORE CORPORATION
By its Attorneys

/s/ Craig M. Scott
Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Christine K. Bush, Esq. (#5587)
cbush@duffysweeney.com
***Duffy Sweeney & Scott, Ltd.***
One Turks Head Place, Suite 1200
Providence, RI 02903

CAPCO STEEL CORPORATION
By its Attorneys,

/s/ Girard R. Visconti
Girard R. Visconti, Esq. (#0566)
grv@viscontilaw.com
David L. Fine, Esq. (#7368)
dlf@viscontilaw.com
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)