(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Hallamore Corporation
Plaintiff(s)

v.

Capco Steel Corporation
Defendant(s)

Dkt. No. 08-cv-00075S

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Hallamore Corporation hereby moves that Charles M. Henderson, III be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Craig M. Scott, Esq.
Print Name

Duffy Sweeney & Scott, LTD
Firm and Business Address
One Turks Head Place, Suite 1200
Providence, RI 02903

RI Bar ID # 4237
Email: cscott@duffysweeney.com
Tel. # (401) 455-0700
Fax # (401) 455-0701

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

District Judge

Date