**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HALLAMORE CORPORATION,<br><br>Plaintiff,<br><br>v.<br>CAPCO STEEL CORPORATION,<br><br>Defendant. | Civil Action No. 08-cv-00075S |

**CONFIDENTIALITY AGREEMENT CONCERNING PROTECTED MATERIAL COVERED BY PROTECTIVE ORDER**

The undersigned hereby acknowledges that (s)he has read the "Stipulated Protective Order" entered by the United States District Court for the District of Rhode Island, in the above-captioned action, understands the terms thereof and agrees:

1. that (s)he shall fully abide by the terms thereof;

2. that (s)he shall not disclose Confidential Information to, or discuss Confidential Information with, any person who is not authorized pursuant to the terms of the Stipulated Protective Order to receipt and disclosure of the same, and who has not signed an agreement as therein provided;

3. that (s)he shall not use said Confidential Information for any purpose other than the prosecution or defense of this litigation; and

4. that (s)he will be subject to the jurisdiction of the United States District Court for the District of Rhode Island for the purposes of compliance with, and sanction for noncompliance with, the terms of said Protective Order.

The undersigned has reviewed the following Protected Information:

_______________________________________________________________

_______________________________________________________________

_________________________________________________

Signature: ____________________

Name: ______________________

Employer: ___________________

Title: _______________________

Subscribed and sworn to before me in the said County of _____________,

State of ___________________, this __________ day of _________________, 2008.

_____________________________
Notary Public

My Commission Expires: ________